# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **ANTHONY LYNN JOHNSON,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Case No. 7:22-cv-00865-RDP-SGC |
| **MONROE COUNTY SHERIFF'S OFFICE,** *et al.*, | ) ) ) ) |
| **Defendants.** | ) ) |

## ORDER

The Magistrate Judge entered a Report and Recommendation on July 29, 2022, recommending this action be transferred to the United States District Court for the Northern District of Mississippi pursuant to 28 U.S.C. § 1406(a). (Doc. 3). Although the Magistrate Judge advised Plaintiff of his right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the Recommendation. Consistent with that Recommendation, the court **TRANSFERS** this action to United States District Court for the Northern District of Mississippi pursuant to 28 U.S.C. § 1406(a).

The Clerk is **DIRECTED** to mail a copy of this order to Plaintiff.

**DONE** and **ORDERED** this August 29, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE